IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TIMOTHY FOX, a/k/a ROBERT MARVIN FOX, JR., | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CV 109-097 |
| CIRCUIT COURT OF TENTH JUDICIAL CIRCUIT COURT IN AND FOR POLK COUNTY, FLORIDA; BILL MCCOLLUM, Attorney General of Florida; CHARLIE CRIST, Governor of Florida; ALETHEA BROWN, Florida Dep't of Corr. Probation Officer; VICTOR WALKER, Warden; and THERMOND BAKER, Attorney General of Georgia, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

---

[1]The deadline for filing objections to the Report and Recommendation was October 16, 2009. (See doc. no. 5). Petitioner executed a motion for extension of time to file his objections on October 13, 2009, and then executed his objections on October 16, 2009. (See doc. nos. 6 & 7). While Petitioner's objections were not filed with the Clerk of Court until approximately a week later, because Petitioner executed his objections on the day of the deadline, his objections are considered timely, see Houston v. Lack, 487 U.S. 266, 276 (1988); Adams v. United States, 173 F.3d 1339, 1341 (11th Cir. 1999) (*per curiam*), and have been considered by the Court. Thus, his motion for an extension of time is **MOOT**. (Doc. no. 6).

the Court. Therefore, the motion for a hearing is **DENIED** (doc. no. 3), the petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 26th day of October, 2009, at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE